UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:  CHAPTER 13
                    CASE NO. 11-41824-TJT
Gregory W. Caldwell and Jennifer Lynn Goble-  JUDGE THOMAS J. TUCKER
Caldwell, Debtor(s).
_____/

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES**, the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. The monthly expenses related to the retention of real property located at 9592 Four Mile Road, Evart, Michigan are not reasonably necessary for the debtor's maintenance and support as required by 11 U.S.C. 1325(b), especially as the unsecured creditors are forced to subsidize the retention of such property that is not providing any benefit to the estate. Specifically, the Plan proposes to retain said real property with monthly payments for the mortgage in the amount of $518.00 (including mortgage and utilities but not including taxes and insurance), but the debtor does not receive any rental income for said property based upon Schedule I.

2. The debtor's Plan fails to provide that all of the debtor's projected disposable income be utilized to fund the Plan. Specifically, the debtor's Schedule J has overstated the following expense(s) in contravention of 11 U.S.C. 1325(a)(3) and/or 11 U.S.C. 1325(b):

   a. Home maintenance - $125.00. The Trustee objects to this expense as it is not reasonably necessary for the maintenance and support of the debtors and their dependents. The Trustee requests that the debtors increase best effort by $25.00 per month and the dividend to unsecured creditors accordingly.
   b. Food - $870.00
   c. Charitable contributions - $150.00
   d. Life insurance - $70.00
   e. Automobile insurance - $236.00. The Trustee requests that the debtors provide proof of the automobile insurance premium within fourteen days.
   f. Anticipated income tax liability - $50.00
   g. Vehicle maintenance/tags - $375.00
   h. Utilities on Evart property - $70.00. The Trustee objects to this expense as it is not reasonably necessary for the maintenance and support of the debtors and their dependents. The debtors testified at the Section 341 First Meeting of Creditors that the property in Evart is a vacation property.
   i. Mortgage on Evart property - $448.00. The Trustee objects to this expense as it is not reasonably necessary for the maintenance and support of the debtors and their dependents. The Trustee requests that the debtors increase best effort by $448.00.per month and the dividend to unsecured creditors accordingly. The debtors testified at the Section 341 Meeting of Creditors that the Evart property is a vacation property.

The Trustee requests that the debtor provide proof of these expenses within fourteen days.

3. The Trustee is unable to determine whether the Plan complies with 11 U.S.C. 1325(a)(4) as the debtor's **Schedule A** fails to fully disclose the nature of the debtor's interest in the debtor's real property. The Trustee requests that the debtor(s) amend Schedule A to provide the debtor's(s') interest in the property/properties.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

March 23, 2011

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee
*/s/ Tammy L. Terry*
/s/TAMMY L. TERRY (P-46254)
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS-KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

IN THE MATTER OF:

Gregory W. Caldwell and Jennifer Lynn Goble-Caldwell, Debtor(s).

_____/

CHAPTER 13
CASE NO. 11-41824-TJT
JUDGE THOMAS J. TUCKER

## CERTIFICATE OF MAILING

I hereby certify that a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

March 25, 2011

/s/ *Patrice N. Ford*
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Gregory W. Caldwell and Jennifer Lynn Goble-Caldwell
1185 E. Cross St.
Ypsilanti, MI 481983953

MARRS & TERRY
6553 JACKSON RD
ANN ARBOR, MI 481030000